DEBORAH K. HAMON
CSR, RDR, CRR, TMR, TCRR
OFFICIAL COURT REPORTER
ROCKWALL COUNTY COURT AT LAW

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
12/21/2015 5:32:33 PM
LISA MATZ
Clerk

December 21, 2015

Ms. Lisa Matz, Clerk                                via TAMES Records Submission Portal
Court of Appeals - 5th District
George L. Allen Courts Bldg., 2nd Fl.
600 Commerce St., Ste. 200
Dallas, Texas  75202-4653

**Re:**    Appellate Court Cause Number 05-15-01493-CV
          Trial Court Cause Number CI15-070

**Style:**  Caroline D. Cook vs. Michael Gay Cook

Dear Ms. Matz:

In response to the Court Order dated December 14, 2015, please be advised that there was no hearing setting a supersedeas bond in the above-referenced case.  At the very end of the hearing on forcible entry and detainer, Mr. Prisock inquired in what amount the Court would set the supersedeas bond in the event an appeal were later to be filed; however, it is my understanding that no motion has ever been officially filed requesting the Court to set a supersedeas bond, nor has a supersedeas bond been posted with the court in this matter.

Sincerely,

/s/ Deborah K. Hamon
Deborah K. Hamon

---

Rockwall County Courthouse  ·  1111 E. Yellowjacket Ln.  ·  Suite 403  ·  Rockwall, Texas  75087
Telephone (972) 204-6413  ·  Fax (972) 204-6419